LONDON WEATHERPROOFS, Inc., Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.

No. 196.

Circuit Court of Appeals, Second Circuit.

March 23, 1945.

Kenneth Carroad, of New York City (B. R. Dreyer, of New York City, on the brief), for plaintiff-appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Robert N. Anderson, and Ruppert Bingham, Sp. Assts. to Atty. Gen., and T. Vincent Quinn, U. S. Atty., of Brooklyn, N. Y., for defendant-appellee.

Before EVANS and CHASE, Circuit Judges, and HINCKS, District Judge.

PER CURIAM.

Affirmed on the authority of Samara v. United States, 2 Cir., 129 F.2d 594, and Louis F. Hall & Co., Inc., v. United States, 2 Cir., 148 F.2d 274 decided this day.